BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 2:11-cr-118 MCE |
| Plaintiff, ) | MOTION TO DISMISS INDICTMENT AS TO DEFENDANT DANIEL SALINAS; |
| v. ) | ORDER THEREON |
| DANIEL SALINAS, ) | |
| Defendant. ) | |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and consistent with the terms of the plea agreement entered in Case No. 2:11-cr-102 LKK, hereby moves to dismiss the indictment against DANIEL SALINAS without prejudice in the interest of justice. I have spoken with Gilbert A. Roque, counsel for Daniel Salinas, and he stated that he has no objection to this request.

DATED: May 30, 2012           Respectfully submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

                              By:  /s/ Michael D. Anderson
                              MICHAEL D. ANDERSON
                              Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 2:11-cr-118 MCE |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS INDICTMENT AS |
| ) | TO DEFENDANT DANIEL SALINAS |
| v. ) | |
| ) | |
| DANIEL SALINAS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

In accordance with the government's motion and with the consent of the defense, **IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant DANIEL SALINAS without prejudice in the interest of justice.

Dated: June 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2